IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                       No. CIV S-08-0096 FCD EFB P

      vs.

T. FELKER, et al.,

      Defendants.               ORDER

                            /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file his notice of submission of documents and submit copies necessary for service on defendants. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 1, 2008, request is granted and plaintiff has 30 days from the date this order is served to file the notice of submission of documents and to submit copies necessary for service of process on defendants.

      So ordered.

DATED: October 8, 2008.

                                                 EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE