IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                     No. CIV S-08-0096 FCD EFB P

    vs.

L. BETTI, et al.,

      Defendants                  <u>ORDER</u>

                                /

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 5, 2008, the court directed plaintiff to submit seven copies of the endorsed January 14, 2008, complaint for the U. S. Marshal to serve defendants. Plaintiff submitted only one copy. He also has submitted a request that the Clerk of the Court make the required copies, asserting that unidentified prison officials have subjected him to "continual severe retaliation" by refusing to photocopy his complaint. However, plaintiff has not submitted any evidence, such as written requests to the law librarian, showing what he has done to obtain copies of the complaint. Neither has he identified the officials who allegedly have ensured that his complaint is not copied. Accordingly, he has failed to comply with the order without providing an adequate explanation for that failure.

/////

1

It therefore is ORDERED that plaintiff has 20 days from the date of this order either to show cause for his failure to comply with the September 5, 2008, order, or to submit six more copies of the endorsed January 14, 2008, complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed.  The Clerk of the Court is directed to send to plaintiff one copy of the January 14, 2008, pleading.

Dated:  November 17, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                   No. CIV S-08-0096 FCD EFB P

      vs.

T. FELKER, et al.,

        Defendants.             Notice of Submission of Documents

                              /

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        0        completed summons form

        0        completed forms USM-285

        6        copies of the  January 14, 2008  Complaint

Dated:

                                                 Plaintiff