IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                    No. CIV S-08-0096 FCD EFB P

    vs.

L. BETTI, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 18, 2008, the court directed plaintiff to submit six copies of the January 14, 2008, endorsed complaint for the U. S. Marshal to serve defendants. On December 22, 2008, plaintiff submitted incomplete copies. He asserts that he has had difficulty obtaining access to the law library, but that he obtained the copies he has submitted from a copy service outside the prison. Plaintiff is attempting in good faith to pursue this action.

        It therefore is ORDERED that plaintiff has 20 days from the date of this order to submit six complete copies of the January 14, 2008, endorsed complaint. If he requests access to the law library in order to obtain these copies and intends to rely on the denial of access if he fails to comply with this order, he must submit evidence of the dates he requested such access and the identities of the persons he believes have denied him this access. Failure to comply with this

1

order will result in a recommendation that this action be dismissed. The Clerk of the Court is directed to send to plaintiff one copy of the January 14, 2008, pleading.

Dated: March 9, 2009.

*Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

     Plaintiff,                   No. CIV S-08-0096 FCD EFB P

    vs.

L. BETTI, et al.,

     Defendants.              <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                          /

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      \_\_-\_\_    completed summons form

      \_\_-\_\_    completed forms USM-285

      \_\_6\_\_    copies of the <u>January 14, 2008</u>
                               Complaint

Dated:

                                              Plaintiff