IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,                    No. CIV S-08-0096 FCD EFB P

    vs.

L. BETTI, et al.,

    Defendants.          <u>ORDER</u>

/

Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. Currently pending before the court is plaintiff's May 12, 2008, motion for a preliminary injunction. This court may not issue a preliminary injunction unless there is notice to the adverse party. Fed. R. Civ. P. 65(a)(1). Here, the court has directed the plaintiff to provide materials for service of process on the defendants. While he has attempted to comply with this order, he has not yet succeeded.[1] Therefore, defendants do not have notice of plaintiff's motion.

Accordingly, plaintiff's May 12, 2008, motion is denied without prejudice.

Dated: March 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Also on this date, the court has directed the Clerk of the Court to send plaintiff a copy of the endorsed complaint so that plaintiff may again attempt to submit the copies necessary for service of process on the defendants.