IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

      Plaintiff,                              No. CIV S-08-0096 FCD EFB P

     vs.

L. BETTI, et al.,

      Defendants.                  ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On June 24, 2009, plaintiff filed a request for production of documents.

      Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

      Plaintiff's June 24, 2009, request for production of documents is stricken and the Clerk of the Court shall make a notation on the docket to that effect.

DATED: September 2, 2009.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE