1

2

3

4

5

6

7

8                            IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MALIK JONES,

11            Plaintiff,                      No. CIV S-08-0096 FCD EFB P

12        vs.

13   L. BETTI, et al.,

14            Defendants.                     <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  He was previously ordered to submit the materials necessary to effect service of

18   process.[1]  His requests for additional time to comply with the order were granted, first in an order

19   filed October 1, 2008, and again in an order filed November 18, 2008.  Plaintiff responded with a

20   request for reconsideration filed on December 4, 2008, which blamed prison staff for plaintiff's

21   failure to comply with the earlier orders.  He also filed a motion for sanctions.  Since the filing of

22   those motions, and after several more attempts at compliance, plaintiff succeeded in submitting

23   the materials.  In turn, defendants have since waived service of process and have appeared in this

24

25        [1] The court screened the complaint and on September 5, 2008, found that plaintiff stated
     cognizable claims against several defendants.  Accordingly, the court directed plaintiff to submit
     a summons, USM forms and copies of the complaint necessary to notify the defendants of the
26   commencement of this action.

action by way of counsel's request for an extension of time to file a response to the complaint on behalf of the defendants. Accordingly, plaintiff motion for reconsideration, which seeks to explain his initial inability to provide the materials necessary to serve process on the defendants, is now moot. Therefore, the motions are denied.

Accordingly, it is ORDERED that:

1. Plaintiff's December 4, 2008, motion for reconsideration is denied; and,

2. Plaintiff's December 31, 2008, motion for sanctions is denied.

Dated: September 3, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE