1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   MALIK JONES,

10        Plaintiff,                    No. CIV S-08-0096 FCD EFB P

11     vs.

12  T. FELKER, et al.,

13        Defendants.              <u>ORDER</u>

14  _____/

15        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

16  U.S.C. § 1983.  On February 1, 2010, he filed a "Motion Requesting the Court to Grant and

17  Order Plaintiff to Commence Discovery in this Case Urgently."  Dckt. No. 78.  At that time,

18  numerous motions were pending, including a motion to amend the complaint by plaintiff and a

19  motion to dismiss by defendants.  By order dated February 12, 2010, the court granted plaintiff

20  leave to amend, and by order dated March 17, 2010, the court partially granted defendants'

21  motion to dismiss.  Plaintiff thereafter filed a First Amended Complaint on March 29, 2010.

22        The court informs plaintiff that it will issue a discovery and scheduling order once the

23  first answer to the amended complaint is filed and served.  Accordingly, plaintiff's motion of

24  February 1, 2010 is denied.

25  Dated:  July 20, 2010.

26                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE