IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

        Plaintiff,                   No. CIV S-08-0096 KJM EFB P

    vs.

T. FELKER, et al.,

        Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On February 11, 2011, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the

/////

1

entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 11, 2011, are adopted in full;

        2. The motion to dismiss filed on September 10, 2010 by defendants Betti, Brautingham, Callison, Hunter and Cunningham (Docket No. 98) is granted, and plaintiff's claims against defendants Betti, Brautingham, Callison, Hunter and Cunningham are dismissed without prejudice; and

        3. The motion to dismiss filed on November 18, 2010 by defendant Felker (Docket No. 109) is granted, and plaintiff's claims against defendant Felker are dismissed without prejudice.

        SO ORDERED.

DATED: March 28, 2011.

_____
UNITED STATES DISTRICT JUDGE