IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK JONES,

    Plaintiff,                      No. CIV S-08-0096 KJM EFB P

    vs.

T. FELKER, et al.,

    Defendants.            ORDER

                               /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Defendant moves to amend the scheduling order and extend the time for filing a dispositive motion. Dckt. No. 139. Plaintiff opposes defendant's request. Dckt. No. 140.

      After reviewing the request and the declaration offered in support thereof, IT IS HEREBY ORDERED that defendant's request for leave to file a dispositive motion is granted and the deadline for filing dispositive motions is extended to March 13, 2012.

DATED: January 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE